UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORIS JANICE BONILLA GONZALEZ,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21 Civ. 1710 (RA) (SLC)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 29, 2021, the Court directed both parties to indicate, within two weeks of the date of that Order, whether they consent to conducting all further proceedings before Magistrate Judge Cave. Dkt. 9. The parties have not done so. The Defendant is directed to either file a joint letter advising the Court that the parties do not consent or submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form no later than November 10, 2021.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 20, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge