UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DORIS JANICE BONILLA GONZALEZ,

                    Plaintiff,

       v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

21 Civ. 1710 (RA) (SLC)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 20, 2021, the Court directed the parties to file a joint letter by November 10, 2021 indicating whether they consent to conducting all further proceedings before Magistrate Judge Cave.  Dkt. 11.  Defendant advised the Court today that it has not been able to confer with Plaintiff on this issue despite several efforts to contact her.  Dkt. 12.  It is hereby:

ORDERED that Plaintiff file a letter no later than November 29, 2021 advising the Court whether she consents to referral of this action to Magistrate Judge Cave for all purposes, keeping in mind that if she does not consent to having the Magistrate Judge decide her case, there will be no adverse consequences.  *See* Dkt. 9.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:     November 15, 2021
             New York, New York

                                         Ronnie Abrams
                                         United States District Judge